SARAH PASCAL, Respondent, Appellant, v. HYMAN PASCAL and Another, Respondents, and THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for reargument or resettlement denied, with ten dollars costs. Present — Crosby, Lewis, Cunningham and Dowling, JJ.

OLGA WIENER PASCAL, Respondent, Appellant, v. HYMAN PASCAL and Another, Respondents, and THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for reargument or resettlement denied. Present — Crosby, Lewis, Cunningham and Dowling, JJ.

PERRY G. PRICE and Another, Doing Business as Copartners under the Firm Name and Style of " PRICE & SCHLITZ," Appellants, v. LONDON & LANCASHIRE INDEMNITY COMPANY OF AMERICA, Respondent.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

GORDON HOFF, Respondent, v. THOMAS F. YOUNG, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, Lewis, Cunningham and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANCIS W. MORRIS, Relator, v. THE BOARD OF SUPERVISORS OF NIAGARA COUNTY, NEW YORK, Defendant. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Petition of MABEL J. KURTZ, Individually and as Administrator, etc., of NELLIE E. KURTZ, Deceased, for a Determination as to the Construction or Effect of the Disposition of Property Contained in the Last Will and Testament of NELLIE E. KURTZ, Deceased.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 815.] Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, ex rel. ALEXANDER KOLADISH, Appellant, v. JOSEPH H. BROPHY, as Warden of Auburn State Prison, Auburn, New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Proceeding under the Grade Crossing Elimination Act, for the Elimination of the Existing Highway-Railroad Crossing at Grade of the Railroad Operated by THE NEW YORK CENTRAL RAILROAD COMPANY and Washington Street (County Highway No. 1337) in the Village of East Rochester, Monroe County. (Case No. 6014.)— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Proceeding under the Grade Crossing Elimination Act for the Elimination of the Existing Highway-Railroad Crossing at Grade of the Railroad Operated by THE NEW YORK CENTRAL RAILROAD COMPANY, at West Main Street, in the City of Watertown, Jefferson County, N. Y.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS ABRAMS, Appellant, v. JOSEPH H. BROPHY, Warden of Auburn Prison, Auburn, N. Y., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.